# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 1050 - 2-4, 7, 10 | **DATE** | 4/10/2008 |
| **CASE TITLE** | UNITED STATES vs. CALABRESE, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants request for additional relief is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|